**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 30, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00659-CR

_____

## IN RE EDWARD WAYNE COOPER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 21CR2769**

---

## MEMORANDUM OPINION

On November 12, 2021, relator Edward Wayne Cooper filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Patricia Grady, presiding judge of the 212th District Court of Galveston County, to grant relator an examining trial. *See* Tex. Code Crim. Proc. art. 16.01.

Relator asserts that he has "the right to an examining trial before indictment in the county having jurisdiction of the offense." Relator states that he was "never granted an examining trial at any point in time prior to the Grand Jurors of Galveston County filing an indictment in the above styled and numbered cause the 21st day of October 2021." Relator contends this violated his constitutional rights. A defendant's right to an examining trial is ended by the return of an indictment. *State ex rel. Holmes v. Salinas*, 784 S.W.2d 421, 427 (Tex. Crim. App. 1990); *see also In re Richardson*, No. 14-04-00713, 2004 WL 1797589, at *1 (Tex. App.—Houston [14th Dist.] Aug. 12, 2004, orig. proceeding). "Due process considerations are not implicated since the primary purpose for the examining trial, a determination of probable cause, is at least as timely accomplished by presenting evidence directly to the grand jury." *Salinas*, 784 S.W.2d at 427.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).